AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Maryland

☑ FILED   ___ ENTERED
___ LOGGED   ___ RECEIVED

2:03 pm, May 28 2021

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ Deputy

United States of America )
v. )
DAVID W. BURNSIDE )   Case No.   1:21-mj-1527 TMD
)
)
)
)

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __May 11, 2021__ in the county of _____ in the
_____ District of __Maryland__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 3146(a)(2) and (b)(1)(A)(iii) | Failure to Surrender for Service of a Sentence |

This criminal complaint is based on these facts:

See Affidavit attached hereto and incorporated by reference herein.

☑ Continued on the attached sheet.

*Albert Maresca, Jr.*
Complainant's signature

Albert Maresca, Jr., Deputy U.S. Marshal
Printed name and title

Sworn to before me and signed in my presence.

Date: 5/24/2021

Judge's signature

City and state:   Baltimore, Maryland   Thomas M. DiGirolamo, U.S. Magistrate Judge
Printed name and title